UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

RICKY YATES                                            CIVIL ACTION NO. 05-0943-A
                                                                     SECTION "P"

-vs-                                                                 JUDGE DRELL

PAT THOMAS, et al.                                     MAGISTRATE JUDGE KIRK


J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the findings and recommendation in the record;

IT IS ORDERED that plaintiff's civil rights claims under 42 U.S.C. § 2983 are DENIED and DISMISSED WITH PREJUDICE as frivolous and as failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(b)(i) and (ii).

SIGNED on this 28th day of November, 2005, in Alexandria, Louisiana

                                        _____
                                        Dee D. Drell
                                        United States District Judge